# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Terry L. Davis, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-00312-KRG |
| | ) | |
| v. | ) | |
| | ) | Judge Kim R. Gibson |
| Crothall Services Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Michalski and Littler Mendelson, P.C., as counsel for Defendant Crothall Services Group, Inc. in the above-captioned matter.

Date: January 16, 2013

Respectfully submitted,

/s/ *Christopher Michalski*
Robert W. Cameron, PA I.D. No. 69059
bcameron@littler.com
Christopher Michalski, PA I.D. No. 93236
cmichalski@littler.com
Littler Mendelson, P.C.
625 Liberty Avenue
EQT plaza, 26th Floor
Pittsburgh, PA 15222
(412) 201-7635/7634
(412) 456-2377 (fax)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January, 2013, a copy of the foregoing document was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Timothy P. O'Brien, Esquire<br>
Kathryn S. Piscitelli, Esquire<br>
1705 Allegheny Building<br>
429 Forbes Avenue<br>
Pittsburgh, PA  15219

                                              /s/ *Christopher Michalski*

Firmwide:117623708.1 024778.1310